# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00701-CR

**Barry Pizzo, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
## NO. CR-2013-146, HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant has filed a motion to supplement the appellate record with omitted transcriptions and a motion to extend the time to file his brief. He seeks to extend the deadline for filing his brief until thirty (30) days following supplementation of the appellate record. He seeks to supplement the record with omitted transcriptions of "each and every [trial] setting in the trial court in the instant matter," including the announcements made in the trial court of the May 27, 2014, and July 7, 2014, trial settings.

We grant appellant's motions in part. We grant appellant's motion to extend the time to file his appellant brief following thirty (30) days after the supplemental record has been filed with this Court. We direct appellant, however, to make the arrangements for the record to be supplemented, *see* Tex. R. App. P. 34.6(d) (addressing supplementation of record), and to file a copy of his letter to the court reporter with this Court within ten (10) days of this order.

It is ordered on October 26, 2015.


Before Justices Puryear, Goodwin, and Bourland

Do Not Publish